IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GARY LEE POISEL, ) | |
| # 306176, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:17-CV-586-WKW |
| ) | [WO] |
| DEWAYNE ESTES, Warden, and ) | |
| STEVEN T. MARSHALL, The ) | |
| Attorney General of the State of ) | |
| Alabama, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On October 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 4) is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 28th day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE